UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. SHYLA JESSIE STAR JONES,
   *a/k/a Michelle,*
2. ANTHONY WRIGHT,
   *a/k/a T,  a/k/a Rose,*
3. JAMAAL BURTON,
**4. ROOSEVELT FREEMAN,**

       Defendants.

---

## ORDER
---

      **THIS MATTER** comes before the Court on Defendant Roosevelt Freeman's Unopposed Motion for Extension of Time Within Which to File Pretrial Motions **(#41)**.  The Court will hear this motion at the Motions Hearing set for **July 14, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

      Dated this 23rd day of June 2006.

                                **BY THE COURT:**

                              *[signature: Marcia S. Krieger]*

                              Marcia S. Krieger
                              United States District Judge