UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. SHYLA JESSIE STAR JONES,
   *a/k/a Michelle,*
2. ANTHONY WRIGHT,
   *a/k/a T, a/k/a Rose,*
3. JAMAAL BURTON,
**4. ROOSEVELT FREEMAN,**

       Defendants.

---

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#53)** on **July 6, 2006** by Defendant Roosevelt Freeman. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **September 11, 2006** at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for **July 20, 2006** and the **August 7, 2006** trial date are **VACATED** as to defendant Roosevelt Freeman.

Dated this 10th day of July, 2006.

           **BY THE COURT:**

           *Marcia S. Krieger*
           _____

           Marcia S. Krieger
           United States District Judge