UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SHYLA JESSIE STAR JONES,
   *a/k/a Michelle,*
2. ANTHONY WRIGHT,
   *a/k/a T,  a/k/a Rose,*
3. JAMAAL BURTON,
4. **ROOSEVELT FREEMAN,**

      Defendants.

## ORDER

**THIS MATTER** is before the Court on Defendant Roosevelt Freeman's Unopposed Motion for Permission to Leave the State of Colorado for Four Days **(#81).** The Court being fully advised in the foregoing,

**ORDERS** that Defendant Roosevelt Freeman's Unopposed Motion for Permission to Leave the State of Colorado for Four Days **(#81) is GRANTED.** Mr. Freeman may leave the State of Colorado for four days commencing within one week of the date of this order. He may travel to Atlanta during that time.

Dated this 7th day of August, 2006.

      **BY THE COURT:**

      */s/ Marcia S. Krieger*
      _____
      Marcia S. Krieger
      United States District Judge