# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLORADO
### Honorable David M. Ebel

Criminal Action No. 06-CR-00195-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   SHYLA JESSIE STAR JONES,
   *also known as Michelle*,
2.   ANTHONY WRIGHT,
   *also known as T, also known as Rose*,
3.   JAMAAL BURTON,
4.   **ROOSEVELT FREEMAN,**

    Defendants.

_____

# ORDER
_____

THIS MATTER comes before the court, having been reassigned.

**IT IS HEREBY ORDERED:**

Defendant Roosevelt Freeman's sentencing is set for January 22, 2007, at 2:00 p.m. Sentencing will take place before Judge David M. Ebel in the U.S. District Courthouse Courtroom A201, 2d Floor (Byron G. Rogers Courthouse), 1929 Stout Street, Denver, Colorado.

DATED: December 4, 2006.

BY THE COURT:

/s/ David M. Ebel

_____

David M. Ebel
United States Circuit Judge