**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

Courtroom Deputy: LaDonne Bush  
Court Reporter: Adrienne Whitlow  
Probation Officer: Pete Stein

Date: January 22, 2007

Criminal Action No.  06-cr-00195-DME-04

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Suneeta Hazra |
| Plaintiff, | |
| v. | |
| 4.   ROOSEVELT FREEMAN, | Chad Williams |
| Defendant. | |

_____

**SENTENCING MINUTES**
_____

**2:10 p.m.     Court in session.**

Case called.  Appearances of Counsel.

Defendant present and on bond.

**Change of Plea Hearing:   September 11, 2006**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Defendant answers questions asked by the Court.

**ORDERED:**  Government's Motion for Sentence Reduction Pursuant to USSG § 5K1.1 (Doc. 178) is granted.

**DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION**:
Defendant is placed on probation for a term of three years.

**Conditions of probation:**
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm.
- (X) Defendant shall comply with the standard conditions adopted by this Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Defendant shall pay restitution in accordance with the schedule of payments set forth in the judgment.

**Special conditions of supervised release:**
- (X) Defendant shall be placed on home detention with electronic monitoring for a period of ten months, to commence within 21 days of sentencing. During this time, defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.
- (X) Defendant shall maintain a telephone at his place of residence without special services, modems, answering machines, or cordless telephones for the above period.
- (X) Defendant shall wear an electronic monitoring device and shall observe the rules specified by the probation department. Defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless he is in compliance with the installment payment schedule.
- (X) Defendant shall work with the probation officer in the development of a monthly budget which shall be reviewed with the probation officer.
- (X) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.

> Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant shall pay the cost of treatment as directed by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution to Wells Fargo Bank in the amount of $58,909.91. Restitution is joint and several with the following defendants:

| | |
|---|---|
| Shyla Jessie Star Jones | Criminal Case No. 06-cr-00195-DME-01 |
| Anthony Wright | Criminal Case No. 06-cr-00195-DME-02 |
| Jamaal Burton | Criminal Case No. 06-cr-00195-DME-03 |
| Katherine Frank | Criminal Case No. 06-cr-00476-LTB-01 if restitution is ordered in her case. |

Restitution is due immediately and is payable in monthly installments beginning within 60 days.  Interest is waived.   Disbursement of restitution payments may be deferred until the balance of the court registry account totals at least $1000.00.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of his right to appeal.

**2:41 p.m.     Court in recess.**

Time in court: 00:31
Hearing concluded.